# United States District Court
# For The Western District of North Carolina
# Statesville Division

RICHARD LEN TAYLOR, JR.,

    Petitioner,

vs.

UNITED STATES OF AMERICA,

    Respondent.

JUDGMENT IN A CIVIL CASE

CASE NO. 5:09CV13-3-V

DECISION BY COURT. This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's May 6, 2010, Order.

    Signed: May 6, 2010

*Frank G. Johns* (signature)

Frank G. Johns, Clerk
United States District Court